# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOE GARCIA VALDEZ, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC, a Michigan Corporation; and DOES 1 through 50, inclusive,<br><br>               Defendant. | CASE NO. EDCV12-0014 SJO (SPx)<br><br>JUDGE:  S. JAMES OTERO<br>CTRM:   1<br><br>**ORDER RE STIPULATION TO STAY ACTION AND SUBMIT TO BINDING ARBITRATION** |

The Court, having considered the Stipulation to Stay Action and Submit to Binding Arbitration signed by all parties, hereby orders that this case be stayed for all purposes, pending completion of the arbitration process. The Court orders a status conference statement regarding arbitration status to be filed on or before July 2, 2012. All hearings and conferences scheduled in this matter are vacated.

IT IS SO ORDERED.

Dated: _January 31, 2012          _____
                                                  Hon. J. James Otero